No. 74–784. REAMER *v.* BEALL, UNITED STATES ATTORNEY, ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari. ▮▮▮▮▮▮▮▮▮

No. 74–5500. BERGER *v.* UNITED STATES; and

No. 74–5619. FALCONE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari. Reported below: 505 F. 2d 478.

No. 74–5281. SPROSS *v.* GUNN, WARDEN. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN would grant certiorari.

No. 74–5466. VIGIL *v.* NEW MEXICO. Sup. Ct. N. M. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5479. BECHTEL *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari and other relief denied.

No. 74–5813. HEALD *v.* MULLANEY, WARDEN, ET AL. C. A. 1st Cir. Motion to amend petition granted. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 73–848. FUSARI, COMMISSIONER OF LABOR *v.* STEINBERG ET AL., 419 U. S. 379. Petition for rehearing denied.